14 F.3d 604
NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
 John DOE, Petitioner-Appellant,
v.
Gary GAESLE, Warden, Federal Correctional
Institution--Oxford, Wisconsin; United States
Parole Commission; and William Barr,
Respondents-Appellees.
 No. 93-1528.
 United States Court of Appeals, Seventh Circuit.
 Argued Nov. 29, 1993.
Decided Dec. 17, 1993.
 
 1
 Before BAUER, and FLAUM, Circuit Judges, and ROSZKOWSKI, Senior District Judge*.
 
 ORDER
 
 2
 For the reasons articulated in the district court's opinion, we AFFIRM.
 
 
 
 *
 The Honorable Stanley J. Roszkowski, Senior Judge of the United States District Court for the Northern District of Illinois, is sitting by designation